BRYANT, CASE-CLOSED

# U.S. District Court
# Middle District of Tennessee (Nashville)
# CIVIL DOCKET FOR CASE #: 3:07-cv-00636
# Internal Use Only

| | |
|---|---|
| Horton v. C.R. Bard, Inc. et al<br>Assigned to: District Judge William J. Haynes, Jr<br>Cause: 28:1441 Notice of Removal- Personal Injury | Date Filed: 06/13/2007<br>Jury Demand: Both<br>Nature of Suit: 365 Personal Inj. Prod. Liability<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Lattica Lashey Horton** | represented by | **Donald D. Zuccarello**<br>Law Office of Donald D. Zuccarello<br>3209 West End Avenue<br>Nashville, TN 37203<br>(615) 259-8100<br>Email: dzuccarello@ddzlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nina H. Parsley**<br>Law Office of Donald D. Zuccarello<br>3209 West End Avenue<br>Nashville, TN 37203<br>(615) 259-8100<br>Email: nparsley@ddzlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **C.R. Bard, Inc.** | represented by | **Andrew L. Colocotronis**<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>900 South Gay Street<br>2200 Riverview Tower<br>Knoxville, TN 37902<br>(865) 549-7000<br>Email: acolocotronis@bakerdonelson.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dana Alan Gausepohl**<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>9th Floor<br>Washington, DC 20005<br>US<br>(202) 898-5800<br>Fax: (202) 682-1639<br>Email: dgausepohl@spriggs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kirby T. Griffis**<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>9th Floor<br>Washington, DC 20005<br>US<br>(202) 898-5800<br>Fax: (202) 682-1639<br>Email: kgriffis@spriggs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Melissa Loney Stevens** |

Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
P O Box 1792
Knoxville, TN 37901-1792
(865) 549-7000
Fax: (865) 525-8569
Email:
mstevens@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
US
(202) 898-5800
Fax: (202) 682-1639
Email: mjunk@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Andrew L. Colocotronis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Alan Gausepohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2007 | 1 | NOTICE OF REMOVAL by C.R. Bard, Inc., Davol, Inc. from Circuit Court for Davidson County, Tennessee, case number 07C1260. (filing fee paid $350.00) (Attachments: #(1) Attachment A, including original conplaint #(2) Attachment B)(rm) (Entered: 06/13/2007) |
| 06/13/2007 | 2 | CORPORATE DISCLOSURE STATEMENT filed by C.R. Bard, Inc., Davol, Inc. (rm) (Entered: 06/14/2007) |
| 06/13/2007 | 3 | NOTICE of Initial Case Management Conference set for Monday, 8/13/2007 at 02:00 PM in Columbia before District Judge William J. Haynes Jr. (rm) (Entered: 06/14/2007) |
| 06/19/2007 | 4 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by C.R. Bard, Inc., Davol, Inc.. (Stevens, Melissa) (Entered: 06/19/2007) |
| 06/19/2007 | | ***Attorney Kirby T. Griffis, Dana Alan Gausepohl and Michael L. Junk for C.R. Bard, Inc. and Davol, Inc. added. See DE #4. (km, ) (Entered: 06/20/2007) |
| 06/20/2007 | 5 | Letter from Clerk to attorney Kirby T. Griffis, Dana Alan Gausepohl and Michael L. Junk re compliance |

| | | |
|---|---|---|
| | | with Local Rule 83.01. (km, ) (Entered: 06/20/2007) |
| 06/21/2007 | 6 | MOTION to Strike by Lattica Lashey Horton. (Zuccarello, Donald) (Entered: 06/21/2007) |
| 06/28/2007 | 7 | RESPONSE in Opposition re 6 MOTION to Strike filed by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Stevens, Melissa) (Entered: 06/28/2007) |
| 06/29/2007 | | Note to Filer re DE 7: The mandatory description field should be used to accurately describe the contents of your attachments (labeling as Exhibit A, B, C or Exhibit 1, 2,3 is not sufficient). This document does not need to be re-filed unless otherwise directed by the Court. (km, ) (Entered: 06/29/2007) |
| 06/29/2007 | 8 | MOTION to Amend/Correct 6 MOTION to Strike by Lattica Lashey Horton. (Zuccarello, Donald) (Entered: 06/29/2007) |
| 06/29/2007 | 9 | MEMORANDUM in Support of 8 MOTION to Amend/Correct 6 MOTION to Strike filed by Lattica Lashey Horton. (Zuccarello, Donald) (Entered: 06/29/2007) |
| 07/02/2007 | 10 | RESPONSE in Opposition re 8 MOTION to Amend/Correct 6 MOTION to Strike filed by C.R. Bard, Inc., Davol, Inc.. (Stevens, Melissa) (Entered: 07/02/2007) |
| 08/09/2007 | 11 | NOTICE by Lattica Lashey Horton *Notice of Conditional Tranfer* (Attachments: # 1 Exhibit Transfer Order)(Zuccarello, Donald) (Entered: 08/09/2007) |
| 08/09/2007 | 12 | COPY OF CONDITIONAL TRANSFER ORDER (CTO 1) rec'd this date from the MDL Judicial Panel transferring this case to the District of Rhode Island. This order is not effective until it is filed in the office of the Clerk of the Court for the District of Rhode |

| | | |
|---|---|---|
| | | Island and a certified copy received by this court. (aef, ) (Entered: 08/10/2007) |
| 08/10/2007 | 13 | ORDER directing clerk to administratively close this action. Upon receipt of the Final Transfer Order of the Judicial Panel on MDL, the clerk shall transfer this action to the USDC for the District of Rhode Island. If a final transfer order is not entered, either party may move to reopen this action. Signed by Judge William J. Haynes Jr. on 8/10/07. (gi, ) (Entered: 08/10/2007) |
| 08/13/2007 | 14 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 1) rec'd this date from the District of Rhode Island. The case is ready for transfer. (aef, ) (Entered: 08/13/2007) |