139531

FILED

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE AT NASHVILLE
20th JUDICIAL DISTRICT

2007 MAY -1 PM 3:4

RICHARD R. ROOKER

R Thomas D.C.

| | | |
|---|---|---|
| **LATTICA LASHEY HORTON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **DOCKET #** 07C1260 |
| **v.** | ) | **JURY DEMAND (12)** |
| **C.R. BARD INC., and DAVOL, INC.,** | ) | |
| **Defendants.** | ) | |

## COMPLAINT

Comes now the Plaintiff, Lattica Lashey Horton, by and through her undersigned counsel, Donald D. Zuccarello, and brings suit against Defendants C.R. Bard Inc., and Davol, Inc., and states as follows:

1. The Plaintiff Lattica Lashey Horton (hereinafter "Plaintiff") is a citizen and resident of Davidson County residing at 3301 Creekwood Drive, Nashville, Tennessee.

2. The Defendants C.R. Bard, Inc., and Davol Inc., are foreign corporations, (hereinafter "Defendants") who manufacture medical products that through the stream of commerce are purchased and used by physicians and hospitals in Nashville, Tennessee.

3. The Plaintiff underwent hernia repair with her surgeon Dr. Willie Melvin on or about May of 2004, implanting the Bard Composix® Kugel Hernia Patch.

4. The Defendants designed, fabricated, produced, manufactured, processed, assembled, marketed, and introduced into the stream of commerce the Composix® Kugel Hernia

Att. A

Patch which was used at Vanderbilt University Medical Center on or about May of 2004.

5. The Composix® Kugel Hernia Patch was defective and unreasonably dangerous beyond that which would be contemplated by the ordinary consumer, and caused dangerous and unsafe risk to Plaintiff.

6. On or about February 9, 2007, in Nashville, Tennessee, the Plaintiff underwent surgical removal at Vanderbilt University Medical Center in Nashville, Tennessee after suffering serious and permanent injuries as a result of the defective and unreasonably dangerous Bard Composix® Kugel Hernia Patch which was used to repair her hernia and which is the subject of a FDA Class I recall.

7. At said date and time, the Defendants were strictly liable to the Plaintiff for manufacturing, constructing, designing, assembling, testing, producing, selling and distributing an unreasonably dangerous and defective product pursuant to Tenn.Code.Ann §29-28-101 et seq., which proximately caused personal injuries to the Plaintiff.

8. The Defendants were negligent in this matter because they: (a) failed to produce, manufacture, construct, design, assemble, distribute and sell a medical product that was safe and durable for its intended use; (b) failed to adequately notify and warn persons of the unreasonably dangerous and defective condition of the Bard Composix® Kugel Hernia Patch; (c) failed to adequately inspect and test the Bard Composix® Kugel Hernia Patch to determine that it was safe and not defective and unreasonably dangerous for long-term use; (d) failed to warn physicians, hospitals, and patients of the dangers of the Bard Composix® Kugel Hernia Patch's defective and unreasonably dangerous condition; (e) failed to adequately warn physicians, hospitals, and patients of the potential hazards of the medical device; and (f) failed to exercise due and reasonable care.

9. The negligent acts and omissions of the Defendants as set forth herein are the proximate cause of the Plaintiff's injuries and damages.

10. The Defendants are also liable to the Plaintiff for breaching an implied warranty of merchantability of the fitness of the product that it designed, manufactured, produced, distributed, and sold. The Defendants are also liable for breach of failure to discharge a duty to warn and/or instruct the Plaintiff, physicians and hospitals of the dangerous and defective condition of the product.

11. At said date and time, the Defendants are liable for the Plaintiff's injuries due to the negligent acts and/or omission of the Defendants as set forth herein and due to the Defendants' culpable acts and/or omissions under strict liability, breach of warranty and products liability which were the proximate cause of the Plaintiff's injuries and damages as set forth herein under common law and statutory law.

11. As a proximate result of the Defendants' culpable acts and/or omissions as set forth herein, the Plaintiff has sustained past, present and future medical expenses, pain and suffering, lost wages, loss of earning capacity, emotional distress, loss of the enjoyment of life, disfigurement, and permanent damages for all of which she deserves to be compensated.

Wherefore Plaintiff prays:

(a) for service of process on Defendants;

(b) for the Defendants to file an Answer;

(c) for a jury of twelve to determine all triable issues;

(d) for an award of damages in favor of the Plaintiff Lattica Horton, and against the Defendants in an amount of $300,000.00;

(e) for court cost and discretionary costs to be taxed to the Defendants; and

(f) for general relief.

Respectfully submitted,

LAW OFFICE OF DONALD D. ZUCCARELLO

**Donald D. Zuccarello, BPR # 15092**
**Nina Parsley, BPR #23818**
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
(615) 259-8108

Attorneys for the Plaintiff

**COST BOND**

I, Donald D. Zuccarello, am surety for this cause.

Donald D. Zuccarello

FILED
2007 MAY 29 AM 8: 15
RICHARD R. ROOKER, CLERK
B.C. [signature] D.C.

State of Tennessee
**Department of State**
Division of Business Services
312 Eighth Avenue North
6th Floor Wm. R. Snodgrass Tower
Nashville, Tennessee 37243

Case Number: 07C1260

5/21/2007
Date

7114 5464 3550 0097 0762
Certifed Number

HON. RICHARD ROOKER
DAVIDSON COUNTY-CIRCUIT COURT
408 SECOND AVE. N. SUITE 2110
NASHVILLE, TN 37219

RE: LATTICA LESHAY HORTON

VS: C.R. BARD INC.

Dear Clerk:

Enclosed are the following papers in the above styled case:

- [x] Original Summons
- [x] Affidavit and Endorsement
- [x] Registered or Certified Return Receipt signed by:

ATHONY FRANKLIN 5/16/07

- [ ] Registered or Certified letter returned undelivered with notation:

Sincerely:

Riley C Darnell

Riley C. Darnell

enclosures

Initials: PDK
CC: DONALD D. ZUCCARELLO

SS-4210 (Rev. 12/96) RDA No. 1003

FILED

2007 MAY 29 AM 8: 10

RICHARD R. ROOKER, CLERK

R. Thomas

D.C.

AFFIDAVIT
and
ENDORSEMENT

5/21/2007
Date

7114 5464 3550 0097 0762
Certified Number

Case Number: 07C1260

RE: LATTICA LESHAY HORTON

VS: C.R. BARD INC.

I **MAYME R. BROWN** , having been duly authorized by Riley C. Darnell, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows: That on Wednesday, May 09, 2007 , I received from the plaintiff the original and certified copies of the Summons and Complaints issued against the defendant:

**JUDITH A. REINSDORS AGENT**
**C.R. BARD INC.**

whose address is:
730 CENTRAL AVE., MURRAY HILL, NJ 07974

and that on Friday, May 11, 2007 , I mailed by registered or certified return-receipt mail the certified copies of the Summons and Complaint to the defendant at the above address together with written notice that service was so made. I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on

**Monday, May 21, 2007** , and returned to DAVIDSON COUNTY-CIRCUIT COURT

of NASHVILLE , Tennessee on **Monday, May 21, 2007** .

Riley C. Darnell
Riley C. Darnell
Secretary of State

by Mayme R. Brown

Subscribed and sworn to before me,

this 21st day of MAY , 2007

Darlene Lawrence

NOTARY PUBLIC

My commission expires 9-19-2009

DARLENE LAWRENCE
STATE OF TENNESSEE NOTARY PUBLIC
DAVIDSON COUNTY, TN

SS-4201 (Rev. 2/90)

State of Tennessee

**Department of State**

Division of Business Services
312 Eighth Avenue North
6th Floor Wm. R. Snodgrass Tower
Nashville, Tennessee 37243

Case Number: 07C1260

5/21/2007
Date

7114 5464 3550 0097 0762
Certifed Number

HON. RICHARD ROOKER
DAVIDSON COUNTY-CIRCUIT COURT
408 SECOND AVE. N. SUITE 2110
NASHVILLE, TN 37219

RE: LATTICA LESHAY HORTON

VS: C.R. BARD INC.

Dear Clerk:

Enclosed are the following papers in the above styled case:

- [x] Original Summons
- [x] Affidavit and Endorsement
- [x] Registered or Certified Return Receipt signed by:

ATHONY FRANKLIN 5/16/07

- [ ] Registered or Certified letter returned undelivered with notation:

Sincerely:

Riley C. Darnell

enclosures

Initials: PDK
CC: DONALD D. ZUCCARELLO

SS-4210 (Rev. 12/96) RDA No. 1003

**RETU[RN] ON PERSONAL SERVICE OF SUM[M]ONS**

I hereby certify and return that on the ____________ day of ______________________________, 20_____, I: ______________________ served this summons and complaint/petition on ____________________ ________________________________________________________ in the following manner:

FILED

2007 MAY 29 AM 8: 10

RICHARD R. ROOKER

______________________ failed to serve this summons within 30 days after its issuance because ______ ______________________________ D.C.

________________________

Sheriff/Process Server

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify and return, that on the _____ day of __________________, 20___. I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the compliant in Docket No.__________ to the defendant, ______________________________________. On the ________ day of ______________ 20____, I received the return receipt for said registered or certified mail, which had been signed by ____________________ on the _____ day of _________________, 20____. Said return receipt is attached to this original summons and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS ________ DAY OF ____________________, 20_____.

________________________

PLAINTIFF, PLAINTIFF'S ATTORNEY OR OTHER PERSON AUTHORIZED BY STATUTE TO SERVE PROCESS

________NOTARY PUBLIC or ________DEPUTY CLERK
MY COMMISSION EXPIRES: ____________________

**NOTICE**

TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically

ATTACH RETURN RECEIPT HERE (IF APPLICABLE)

SECRETARY OF STATE 2007 MAY -9 AM 6: 50

2. Article Number

7114 5464 3550 0097 0762

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

MAY 16 2007 USPS

1. Article Addressed to:

C.R. BARD INC.
JUDITH A. REINSDORS AGENT
730 CENTRAL AVE.
MURRAY HILL, NJ 07974
5/10/2007 9:55 AM

3. Service Type ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

Code: KDF
Code2: 5/11/2007

...n the State and County aforesaid, ...py of the original summons issued

...R. ROOKER, CLERK

______________________ D.C.

FILED 2007 MAY 29 AM 8: 10 RICHARD R. ROOKER

PS Form 3811

CIRCUIT COURT SUMMONS NASHVILLE, TENNESSEE

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20TH JUDICIAL DISTRICT**

First X Alias ___ Pluries ___

CIVIL ACTION
DOCKET NO. 07C1260

R Thomas D.C.

LATTICA LESHAY HORTON,

Plaintiff,

Vs.

C. R. BARD INC.,
by and through Registered Agent:
Judith A. Reinsdors
730 Central Avenue
Murray Hill, New Jersey 07974

Defendant.

**Method of Service:**
___ In County Sheriff
___ Out of County Sheriff
X Secretary of State
___ Certified Mail
___ Personal Service
___ Commissioner of Insurance

D1 $20.00

**To the above named Defendant:**

**You are summoned to appear and defend a civil action filed against you in DAVIDSON COUNTY CIRCUIT COURT, NASHVILLE, TN, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.**

**In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.**

ISSUED: 5/4/07

**RICHARD R. ROOKER**
Circuit Court Clerk
Davidson County, Tennessee

By R Thomas
Deputy Clerk

015092

ATTORNEY FOR PLAINTIFF
OR
PLAINTIFF'S ADDRESS

Donald D. Zuccarello
3209 West End Avenue, Nashville, TN 37203
(615) 259-8100

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

**RICHARD R. ROOKER**
Circuit Court Clerk

Received this summons for service this ________ day of ______________, 20____.

______________ **SHERIFF**

✓

State of Tennessee
Department of State
Division of Business Services
312 Eighth Avenue North
6th Floor Wm. R. Snodgrass Tower
Nashville, Tennessee 37243

07C1260

Case Number: 069569

5/17/2007
Date

7114 5464 3550 0097 0779
Certifed Number

HON. RICHARD ROOKER
DAVIDSON COUNTY-CIRCUIT COURT
408 SECOND AVE. N. SUITE 2110
NASHVILLE, TN 37219

RE: LATTICA LESHAY HORTON

VS: DAVOL, INC.

Dear Clerk:

Enclosed are the following papers in the above styled case:

- ☑ Original Summons
- ☑ Affidavit and Endorsement
- ☑ Registered or Certified Return Receipt signed by:

SEE CARD

- ☐ Registered or Certified letter returned undelivered with notation:

Sincerely:

Riley C Darnell

Riley C. Darnell

enclosures'

Initials: MMH
CC: 2

SS-4210 (Rev. 12/96) RDA No. 1003

FILED

2007 MAY 22 AM 8:02

RICHARD R. ROOKER, CLERK

C. Hagan D.C.

**AFFIDAVIT**
**and**
**ENDORSEMENT**

**5/17/2007**
Date

7114 5464 3550 0097 0779
Certified Number

Case Number: 069569

RE: LATTICA LESHAY HORTON

VS: DAVOL, INC.

I **MAYME R. BROWN**, having been duly authorized by Riley C. Darnell, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:
That on Wednesday, May 09, 2007, I received from the plaintiff the original and certified copies of the Summons and Complaints issued against the defendant:

**CT CORP SYSTEM AGENT**
**DAVOL, INC.**

whose address is:
10 WEYBOSSETT STR., PROVIDENCE, RI 02903

and that on Friday, May 11, 2007, I mailed by registered or certified return-receipt mail the certified copies of the Summons and Complaint to the defendant at the above address together with written notice that service was so made. I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on

**Thursday, May 17, 2007**, and returned to DAVIDSON COUNTY-CIRCUIT COURT of NASHVILLE, Tennessee on **Thursday, May 17, 2007**.

Riley C. Darnell
Riley C. Darnell
Secretary of State
by Mayme R. Brown

Subscribed and sworn to before me,
this 17TH day of MAY, 2007

NOTARY PUBLIC
My commission expires 1-4-2010

KIM FORD STATE OF TENNESSEE NOTARY PUBLIC COUNTY, TN

SS-4201 (Rev. 2/90)

CIRCUIT COURT SUMMONS NASHVILLE, TENNESSEE

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20TH JUDICIAL DISTRICT**

First X Alias ___ Pluries ___

R Thomas D.C.

CIVIL ACTION
DOCKET NO. 07C1260

LATTICA LESHAY HORTON,

Plaintiff,

Vs.

DAVOL INC.
by and through Registered Agent:
CT CORPORATION SYSTEM
10 WEYBOSSETT STREET
PROVIDENCE, RI. 02903

Defendant.

**Method of Service:**
___ In County Sheriff
___ Out of County Sheriff
X Secretary of State
___ Certified Mail
___ Personal Service
___ Commissioner of Insurance

D2 $20.00

**To the above named Defendant:**

**You are summoned to appear and defend a civil action filed against you in DAVIDSON COUNTY CIRCUIT COURT, NASHVILLE, TN, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.**

**In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.**

ISSUED: 5/4/07

**RICHARD R. ROOKER**
Circuit Court Clerk
Davidson County, Tennessee

**By** [signature]
Deputy Clerk

015092

ATTORNEY FOR PLAINTIFF Donald D. Zuccarello
3209 West End Avenue, Nashville, TN 37203,
(615) 259-8100

or
PLAINTIFF'S ADDRESS

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

**RICHARD R. ROOKER**
Circuit Court Clerk

Received this summons for service this ________ day of ______________, 20____.

______________ **SHERIFF**

2007 MAY -9 AM 10: 57
SECRETARY OF STATE

## RET N ON PERSONAL SERVICE OF SUI ONS

I hereby certify and return that on the ____________ day of ________________________________, 20______, I: ______________________ served this summons and complaint/petition on ______________________________________________________________________________ in the following manner:

______________________________ failed to serve this summons within 30 days after its issuance because ________ ______________________________________________________________________.

______________________________
Sheriff/Process Server

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of ____________________, 20___. I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the compliant in Docket No.____________ to the defendant, ________________________________________________ . On the ________ day of ______________ 20____, I received the return receipt for said registered or certified mail, which had been signed by ____________________ on the _____ day of __________________, 20_____. Said return receipt is attached to this original summons and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS ________ DAY OF ________________________, 20______.

________ NOTARY PUBLIC or ________ DEPUTY CLERK
MY COMMISSION EXPIRES: ____________________

______________________________
PLAINTIFF, PLAINTIFF'S ATTORNEY OR OTHER PERSON AUTHORIZED BY STATUTE TO SERVE PROCESS

### NOTICE

TO THE DEFENDANT(S):
Tennessee law provides a four thousand dollar ($4,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of

ATTACH RETURN RECEIPT HERE (IF APPLICABLE)

2007 MAY -9 AM 9:58 SECRETARY OF STATE

**2. Article Number**

7114 5464 3550 0097 0779

1. Article Addressed to:

DAVOL, INC.
CT CORP SYSTEM AGENT
10 WEYBOSSETT STR.
PROVIDENCE, RI 02903
5/10/2007 9:55 AM

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery 5/14

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

RICHARD R. ROOKER CLERK D.C.
2007 MAY 22 AM 8:20

3. Service Type ☒ Certified

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

n the State and County aforesaid, py of the original summons issued

. ROOKER, CLERK

______________________ D.C.

Code: KDF
Code2: 5/11/2007

PS Form 3811
Domestic Return Receipt