**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LATTICA LASHEY HORTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 3:07-cv-0636** |
| **v.** | ) | **JUDGE HAYNES** |
| | ) | |
| **C.R. BARD INC., and DAVOL, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**PLAINTIFF'S MOTION TO STRIKE**

---

Comes now the Plaintiff, Lattica Leshay Horton, by and through her undersigned counsel, and respectfully requests that this Honorable Court strike "paragraph six" of "Separate Defenses" of the Defendants' Answer as an insufficient defense pursuant to Fed. R. Civ. P. Rule 12(f).

The Defendants' "paragraph six " of its Answer avers:

> "Plaintiff's or her agents', including their physicians', misuse or abnormal use of the product or failure to follow instructions bar the Plaintiff's claims in whole or in part."

The Plaintiff would assert that the Defendants' responsive pleading "paragraph six" of "Separate Defenses" is so vague and ambiguous that the Plaintiff cannot reasonably ascertain which physicians have misused the product or abnormally used the product or failed to follow instructions of the use of the product. This paragraph alleges comparative fault of the Plaintiff's physicians but does not specifically identify them by name.

**WHEREFORE CONSIDERED**, the Plaintiff respectfully requests this Court to strike "paragraph six" of the Defendant's Answer as an insufficient defense.

Respectfully submitted,

LAW OFFICE OF DONALD D. ZUCCARELLO

s/ Donald D. Zuccarello
Donald D. Zuccarello, BPR No. 15092
Nina Parsley, BPR No. 23818
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
(615) 259-8108 facsimile

Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and accurate copy of the foregoing Motion was filed electronically on the 21st day of June, 2007. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Melissa Loney Stevens, Esq.
Andrew Colocotronis, Esq
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2200 Riverview Tower
9800 South Gay Street
PO Box 1792
Knoxville, TN 37902

Service of the Motion has been sent to the following via U.S. Mail:

Kirby T. Griffis, Esq.
Dana Alan Gausepohl, Esq.
Michael L. Junk, Esq.
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005

/S/ Donald D. Zuccarello
**Donald D. Zuccarello**