**Donald D. Zuccarello**
Attorney At Law
3209 WEST END AVENUE
NASHVILLE, TN 37203
615-259-8100
615-259-8108 FACSIMILE

## FACSIMILE TRANSMISSION

TO: Michael Junk, Esq.

FROM: Kelly Walsh

FAX #: 202 682-1639

DATE: 6-27-07

NO. OF PAGES 2 (including cover sheet)

RE: Horton v. Davol, Inc.

COMMENTS:

*********************************************************************************************************

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE BE ADVISED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER OF THIS MESSAGE IMMEDIATELY BY CALLING 615-259-8100. THANKS FOR YOUR COOPERATION.

*********************************************************************************************************

*Attorneys*
DONALD D. ZUCCARELLO*
NINA PARSLEY
CHAD JACKSON
MICHAEL DRIVER
ABIGAIL SPARKS
HEATHER WOOD

*Email*
dzuccarello@ddzlaw.com

*Also licensed in Kentucky

**Law Office of**
**Donald D. Zuccarello**
**3209 West End Avenue**
**Nashville, Tennessee 37203**

**TELEPHONE (615) 259-8100**
**FACSIMILE (615) 259-8108**

**www.ddzlaw.com**

*Office Managers*
MITZI BOWEN
MELISSA VETTER

*Paralegal Supervisor*
WENDY MARION

June 27, 2007

Michael L. Junk, Esq.
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
Via facsimile 202 682-1639 and Us Mail

Re: Lattica Leshay Horton v. C.R. Bard Inc., and Davol Inc.
USDCMDTN; No. 3:07-cv-0636

Dear Mr. Junk:

Thank you for your recent correspondence regarding the Plaintiff's Motion to Strike. Mr. Zuccarello anticipates your response to the Motion.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Kelly Walsh
Litigation Paralegal

/kw