**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LATTICA LASHEY HORTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 3:07-cv-0636** |
| **v.** | ) | **JUDGE HAYNES** |
| | ) | |
| **C.R. BARD INC., and DAVOL, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S AMENDED MOTION TO STRIKE**

Comes now the Plaintiff, Lattica Leshay Horton, by and through her undersigned counsel, and hereby respectfully requests that this Honorable Court strike "paragraph 6" under the separate defenses section of the Defendants' answer pursuant to Fed. R. Civ. P. 12(f). The Plaintiff asserts that the Defendants have failed to follow the ruling of Brown v. Wal-Mart Discount Cities, 12 S.W.3d 785 (Tenn.2000) in the allegations set forth in their answer by not sufficiently identifying the non parties (physicians) who they claim are comparatively at fault in proximately causing the Plaintiff's injuries. Under the circumstances, the Plaintiff contends that "paragraph 6" under the separate defenses section of the Defendants' answer should be stricken as an insufficient defense.

Respectfully submitted,

LAW OFFICE OF DONALD D. ZUCCARELLO

s/ Donald D. Zuccarello
Donald D. Zuccarello, BPR No. 15092
Nina Parsley, BPR No. 23818
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
(615) 259-8108 facsimile

Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and accurate copy of the foregoing document was filed electronically on the 29th day of June, 2007. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Melissa Loney Stevens, Esq.
Andrew Colocotronis, Esq
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2200 Riverview Tower
9800 South Gay Street
PO Box 1792
Knoxville, TN 37902

Kirby T. Griffis, Esq.
Dana Alan Gausepohl, Esq.
Michael L. Junk, Esq.
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005

/S/ Donald D. Zuccarello
**Donald D. Zuccarello**