UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LATTICA LASHLEY HORTON

v. CA 07-1868

C.R. BARD, INC. and DAVOL, INC.

ORDER

This matter is before the Court on Plaintiff's Motion to Strike and Plaintiff's Amended Motion to Strike. Defendants object to both motions. This Court has reviewed both parties' submissions as well as that portion of defendants' Answer plaintiff seeks to strike. The Court finds that plaintiff's motions are without merit. Accordingly, both motions are DENIED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
November 8, 2007